ORRIN S. DOOLITTLE, Suing as a Stockholder of AMERICAN FLUORIDE CORPORATION on His Own Behalf and on Behalf of All Other Stockholders of Said Corporation Similarly Situated and in the Right of AMERICAN FLUORIDE CORPORATION, Respondent, v. JULIUS JUNGMANN, JOHN F. WISCHHUSEN, and AMERICAN FLUORIDE CORPORATION, Appellants, and Others, Defendants.— Order striking out parts of the amended answer modified by striking out the first ordering paragraph and substituting the following therefor, " Ordered that the said motion be and the same hereby is granted as to paragraphs 1, 2, 6, 8, 9, 10, 11 and 12 of the amended answer, and it is further;" and as thus modified affirmed, with ten dollars costs and disbursements to respondent. Appellants, if they be so advised, may serve an amended answer within ten days after entry of order hereon upon payment of the ten dollars costs awarded by the order from which appeal is taken and the ten dollars costs and disbursements provided for herein. In our opinion, the language of the above enumerated paragraphs of the amended answer does not make the issues clear; and this could be accomplished by confining these paragraphs of the answer to specific denials. As to the matter desired to be admitted, this may be done by omitting to deny, or by specifically admitting it in concise form such as appears in paragraph 7 of the amended answer. Hagarty, Carswell, Davis, Adel and Close, JJ., concur.

JOHN F. FELLOWS, Appellant, v. TITLE GUARANTEE & TRUST COMPANY, Respondent.— Action brought on the theory of money had and received, to recover, after an executed rescission, a sum of money paid by plaintiff for a mortgage certificate which he was induced to purchase because of alleged material misrepresentations by defendant. Order setting aside the verdict of the jury in favor of the plaintiff and directing a new trial unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

MARY GERARD and JOHN GERARD, Appellants, v. ALFRED BRENNAN and Others, Defendants, and VITO CROCITTO, Respondent.— In an action to recover damages for personal injuries and loss of services, judgment dismissing the complaint as against defendant Crocitto unanimously affirmed, in so far as appealed from, without costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.